IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDRE TRAYLOR,
                     Appellant,
            vs.
THE STATE OF NEVADA,
                     Respondent.

No. 73136

**FILED**

JUL 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion for amended judgment of conviction to include time credits for concurrently ran prison sentence." Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from the aforementioned order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]In light of this order, we take no action on the pro se motion filed on July 12, 2017.

17-25145

cc: Hon. Kerry Louise Earley, District Judge
Andre Traylor
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk